**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 25-00379-ELG |
| **Banners of Manassas II LLC**<br>**Debtor** | Chapter 11 |

## NOTICE OF DEFICIENT FILING

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**[ECF No. 1 – Chapter 11 Voluntary Petition Non-Individual.]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **10/6/2025.** Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record.*

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☒ | **A filing fee of $1,738.00 is required with this filing.** |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☐ | A certificate of service must be filed either separately or as an attachment to your pleading. *See Local Bankruptcy Rule 3015-1.* |
| ☐ | The document requires a notice, and the notice must be in substantial compliance with Local Bankruptcy Rule 3007-1. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a notice of hearing. |
| ☐ | The notice is not properly linked to the associated pleading. |

| | |
|---|---|
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☐ | Other: |

For the Court:
Angela D. Caesar
BY: CA
Dated: 9/22/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.